JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JOHN CHAVEZ,<br><br>        Petitioner,<br><br>    v.<br><br>P. SMITH, Warden,<br><br>        Respondent. | CASE NO. CV 09-1411-JFW (JEM)<br><br>**J U D G M E N T** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

**IT IS HEREBY ADJUDGED** that this action is dismissed without prejudice.

DATED:  November 3, 2009

                                            JOHN F. WALTER<br>
                                            UNITED STATES DISTRICT JUDGE